**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
2ND FLOOR HON. JUAN. A. SABLAN MEMORIAL BLDG., CAPITOL HILL
CALLER BOX 10007, SAIPAN, MP 96950
TELEPHONE: (670) 664-2341
TELECOPIER: (670) 664-2349
DIRECT LINE: 670/ 236-8670
DIRECT FAX: 234-8930

**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL DIVISION**

November 18, 2004

David Banes
O'Connor Berman Dotts & Banes
Second Floor, Nauru Bldg., PO Box 501969
Saipan, MP 96950---*Via Fax 670/234-5683*

Re: Mental Health/Substance Abuse Services in Ventura County-Stephen Parks

Dear David:

I have attached some information on available contacts/resources in Ventura County. The sources are the California and Ventura County branches of the National Alliance for Mentally Ill (NAMI). I suggest you could short cut your research by calling the Ventura County representative, Mr. Frank Robinson, or one of the listed substance abuse contacts/ resources on the attached list. They will know what's available in Ventura County, or near to there.

I will try to send you some information on California Medicaid/pooled trust/supplemental needs trust contacts for California in the next day or so.

Sincerely,

Debra Knapp
Assistant Attorney General

cc: Drs. Gutowski, Hay, Shearer, and Hofschneider







Home
About NAMI California
In the News
Conferences & Training
NAMI CA Affiliates
Community Services
Mental Health Links
NAMI News Magazine
Questions & Answers
Family to Family
Supported Programs
Consumer Groups
Legislative Activities
Facts & Stats

# NAMI Ventura County

NAMI Ventura County is a grassroots, family and consumer
self-help support and advocacy organization dedicated to
improving the lives of people with severe mental illnesses,
i.e., schizophrenia, bipolar disorder (manic depression),
clinical depression, panic disorder and obsessive-compulsive
disorder (OCD).

## Affiliate Information

NAMI Ventura County
PO Box 25510
Ventura, CA  93002

Tel:  805-641-2426

## Contact Information

Fred Robinson
c/o ARC Ventura County
5103 Walker Street
Ventura, CA  93003-7358

Email: frobinson@arcvc.org

Website:  Unavailable

## Services

NAMI  Ventura provides support and referral services to
people in need.

## Officers

Fred Robinson, President
Irene King, Treasurer

**Crisis**
Informatio
800-671-
Informatio
805-652-
CMH Plan
805-652-
Patients' I
805-652-

Copyright 2002 NAMI California

http://www.namicalifornia.org/affiliate_detail.aspx?id=41                    11/18/2004




**@NAMI** California
THE STATE'S VOICE ON MENTAL ILLNESS

Community Services

Home
**About NAMI California**
**In the News**
**Conferences & Training**
**NAMI CA Affiliates**
**Community Services**
**Mental Health Links**
**NAMI News Magazine**
**Questions & Answers**
**Family to Family**
**Supported Programs**
**Consumer Groups**
**Legislative Activities**
**Facts & Stats**

# Find Services & Support

NAMI California has contacted and continues to contact state, county, local and private organizations regarding their services and support to individuals with serious mental illness and their families. The names and numbers of these organizations are provided below.

Select the county and the type of services that you desire from the dropdown menu. Click on SUBMIT to display a LIST of available services.

Click on the name of the organization to display DETAIL information for the organization.

Listing on the Community Services page does not represent an endorsement by NAMI California. See Disclaimer at end of page.

**Select the County:** | Ventura

**Select Service Type:** | Substance Abuse

submit

SERVICE PROVIDERS: We are adding listings as resources permit. If you would like your organization to be listed or a listing is incorrect, please call 916-567-0163 or email us at support@namicalifornia.org. Updated 11/29/2003.

**ANA CAPA HOSPITAL**       805-488-3661
224 East Clara Street
Port Hueneme, CA 93041-2799

**DIANE AUBURN, Ph.D.**       805-643-9686
2580 E Main St # 100
Ventura, CA 93003

**TRACY S BENNETT, Ph.D.**       805-383-0882
340 Rosewood Ave Suite A
Camarillo, CA 93010

**WARREN WALKER, Ph.D.**       805-497-9440
Conejo Counseling Ctr       818-889-7199
3609 E Thousand Oaks Bl # 110
Westlake Village/Thousand Oaks, CA 91362

**DEBRA DECKER, Ph.D.**       805-522-1700
3695 Alamo St # 200
Simi Valley, CA 93063

**CASSANDRA DELACOEUR, Ph.D.**       805-654-8012
4478 Market St #701
Ventura, CA 93003

**KATHERINE EMERICK, Ph.D.**       805-650-7484

1280 S Victoria Ave # 230
Ventura, CA 93003

**NICHOLAS C GEROLAMO, Ph.D.**    805-778-0994
123 Hodencamp Drive #103
Thousand Oaks, CA 91360

**GLADSTONE COUNSELING**    805-646-9724
**CENTER**
530 West Ojai Ave # 208
Ojai, CA 93023-2472

**BETH HAYNES, Ph.D.**    805-435-4569
250 Mccloud Ave
Thousand Oaks, CA 91360

**LA SIESTA GUEST HOME**    805-648-4042
Call For Street Address
Ventura, CA 93001

**INES MONGUIO, Ph.D.**    805-650-7484
1280 S Victoria Ave # 230
Ventura, CA 93003

**INES MONGUIO, Ph.D.**    805-650-7484
1280 S Victoria Ave # 230
Ventura, CA 93003

**GEORGE MORRERA, Ph.D.**    805-495-8984
250 Lombard St # 1
Thousand Oaks, CA 91360

**GEORGE MORRERA, Ph.D.**    805-527-1010
1687 Erringer Rd Suite 202B
Simi Valley, CA 93065

**SHANNAE RICKARDS, Ph.D.**    805-496-7144
100 E Thousand Oaks Blvd # 221
Thousand Oaks, CA 91360

**SANTA PAULA ADULT SERVICES**    805-933-8485
333 West Harvard Boulevard
Santa Paula, CA 93060-3225

**SENIOR OUTREACH SERVICES**    805-652-7820
738 E Main Street
Ventura, CA 93001

**TURNING POINT FOUNDATION –**    805-652-0596
**NEW VSIONS CENTER**
1065 East Main Street
Ventura, CA 93001

**JUDY VAN DER WENDE, Ph.D.**    805-407-4730
4045 E Thousand Oaks Blvd Suite 220
Westlake Village, CA 91362

**ELLEN YATES, Ph.D.**    805-370-1756
325 E Hillcrest Dr #115
Thousand Oaks, CA 91360

## Disclaimer

Listing on the NAMI California Community Services page does not
represent an endorsement by NAMI California. Be sure to verify the

status and credentials of all individuals and/or companies listed.

The current professional status of physicians, psychiatrists,
psychologists, etc. can be verified with the California Department of
Consumer Affairs by clicking on the following link:
Consumer Affairs Licensing Boards
and selecting the appropriate professional board.

All information provided on this web page is made available to provide
immediate access for the convenience of interested persons. While
NAMI California believes the information to be reliable, human or
mechanical error remains a possibility, as does delay in the posting or
updating of information. Therefore, NAMI California makes no
guarantee as to the accuracy, completeness, timeliness, or currency of
the information.

Neither NAMI California, nor any of the sources of the information,
shall be responsible for any errors or omissions, or for the use or
results obtained from the use of this information.

Home  |  NAMI National  |  Terms of Use  |  Back to Top
Copyright 2002 NAMI California





### Home
### About NAMI California
### In the News
### Conferences & Training
### NAMI CA Affiliates
### ⊞ Community Services
### Mental Health Links
### NAMI News Magazine
### Questions & Answers
### Family to Family
### Supported Programs
### Consumer Groups
### Legislative Activities
### Facts & Stats

## Find Services & Support

NAMI California has contacted and continues to contact state, county, local and private organizations regarding their services and support to individuals with serious mental illness and their families. The names and numbers of these organizations are provided below.

Select the county and the type of services that you desire from the dropdown menu. Click on SUBMIT to display a LIST of available services.

Click on the name of the organization to display DETAIL information for the organization.

Listing on the Community Services page does not represent an endorsement by NAMI California. See Disclaimer at end of page.

| Select the County: | Ventura ▾ |
| Select Service Type: | Referral Services ▾ |

◄    submit    ►

SERVICE PROVIDERS: We are adding listings as resources permit. If you would like your organization to be listed or a listing is incorrect, please call 916-567-0163 or email us at support@namicalifornia.org. Updated 11/29/2003.

**DIANE AUBURN, Ph.D.**          805-643-9686
2580 E Main St # 100
Ventura, CA 93003

**TRACY S BENNETT, Ph.D.**       805-383-0882
340 Rosewood Ave Suite A
Camarillo, CA 93010

**BARBARA P BLUME, Ph.D.**       805-658-7792
255 Maple Ct # 210
Ventura, CA 93003

**DEBRA DECKER, Ph.D.**          805-522-1700
3695 Alamo St # 200
Simi Valley, CA 93063

**CASSANDRA DELACOEUR, Ph.D.**   805-654-8012
4478 Market St #701
Ventura, CA 93003

**KATHERINE EMERICK, Ph.D.**     805-650-7484
1280 S Victoria Ave # 230
Ventura, CA 93003

**NICHOLAS C GEROLAMO, Ph.D.**   805-778-0994
123 Hodencamp Drive #103

Thousand Oaks, CA 91360

**GLADSTONE COUNSELING CENTER**    805-646-9724
530 West Ojai Ave # 208
Ojai, CA 93023-2472

**GENINE HANIN, Ed.D., LICENSED PSYCHOLOGIST**    805-379-5635
3617 Thousand Oaks Blvd #128
Thousand Oaks, CA 91362

**BETH HAYNES, Ph.D.**    805-435-4569
250 Mccloud Ave
Thousand Oaks, CA 91360

**INES MONGUIO, Ph.D.**    805-650-7484
1280 S Victoria Ave # 230
Ventura, CA 93003

**INES MONGUIO, Ph.D.**    805-650-7484
1280 S Victoria Ave # 230
Ventura, CA 93003

**GEORGE MORRERA, Ph.D.**    805-495-8984
250 Lombard St # 1
Thousand Oaks, CA 91360

**GEORGE MORRERA, Ph.D.**    805-527-1010
1687 Erringer Rd Suite 202B
Simi Valley, CA 93065

**TERESA A RATTRAY, Ph.D.**    805-370-8700
325 E Hillcrest Dr #115
Thousand Oaks, CA 91360

**SHANNAE RICKARDS, Ph.D.**    805-496-7144
100 E Thousand Oaks Blvd # 221
Thousand Oaks, CA 91360

**KAREN L SCHILTZ, Ph.D.**    805-379-4939
516 Pennsfield Pl # 106
Thousand Oaks, CA 91360

http://www.karenschiltz.com

officemanager@karenschiltz.com

**SENIOR OUTREACH SERVICES**    805-652-7820
738 E Main Street
Ventura, CA 93001

**TURNING POINT FOUNDATION – NEW VSIONS CENTER**    805-652-0596
1065 East Main Street
Ventura, CA 93001

**TURNING POINT FOUNDATION- WARM LINE**    805-652-2821
733 & 735 North A Street    800-581-5400
Oxnard, CA 93030

**TURNING POINT FOUNDATION- OUR PLACE SHELTER**    805-652-2151
536 East Thompson Boulevard

Ventura, CA 93001

Facility provides shelter and drop-in services to mentally ill adults regardless of ability to pay. An intake is required prior to receiving services. Intakes are available Monday, Tuesday, Wednesday and Friday from 9:00 am - 4:00 pm and Thursday from 9:00 am - 11:00 am and 2:00 pm - 4 pm.

**ELLEN YATES, Ph.D.**                                    805-370-1756
325 E Hillcrest Dr #115
Thousand Oaks, CA 91360

## Disclaimer

Listing on the NAMI California Community Services page does not represent an endorsement by NAMI California. Be sure to verify the status and credentials of all individuals and/or companies listed.

The current professional status of physicians, psychiatrists, psychologists, etc. can be verified with the California Department of Consumer Affairs by clicking on the following link:
Consumer Affairs Licensing Boards
and selecting the appropriate professional board.

All information provided on this web page is made available to provide immediate access for the convenience of interested persons. While NAMI California believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, NAMI California makes no guarantee as to the accuracy, completeness, timeliness, or currency of the information.

Neither NAMI California, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information.

crisis numbers  |  join  |  renewal  |  gifts & donations  |  books & vic





### Home
### About NAMI California
### In the News
### Conferences & Training
### NAMI CA Affiliates
### Community Services
### ⊟ Mental Health Links
### NAMI News Magazine
### Questions & Answers
### Family to Family
### Supported Programs
### Consumer Groups
### Legislative Activities
### Facts & Stats

## Non-Profit

Non-Profit | For-Profit | City/County | State | Federal | NAMI State Affiliates

This page displays **Non-Profit** organizations that provide services and support to in serious mental illness and their families. Click on the organization name or link to se you would like your organization to be listed here, send your organization name, we a brief description to support@namicalifornia.org.

| Organization | Web Address |
|---|---|
| **Alzheimers Aid Society of Northern California** | http://www.alzheimersaidsoc |

The Alzheimers Aid Society of Northern California is one of the only Alzheimers orga Northern California where your total contribution dollars remain within the state to h families. Donations provide a variety of services directly to local recipients, where ot organizations' fundraising revenue is distributed proportionally at a national level.

| **American Psychiatric Association** | http://www.psych.org |
|---|---|

The American Psychiatric Association is a medical specialty society recognized world U.S. and international member physicians work together to ensure humane care and treatment for all persons with mental disorder, including mental retardation and sub disorders. It is the voice and conscience of modern psychiatry. Its vision is a society accessible quality psychiatric diagnosis and treatment.

| **American Psychological Association** | http://www.apa.org |
|---|---|

Based in Washington, DC, the American Psychological Association (APA) is a scientif organization that represents psychology in the United States. With more than 155,0 is the largest association of psychologists worldwide.

| **American Radio Works Featuring Mentally Ill** | http://americanradioworks.or |
|---|---|

In the early 1840's, crusading prison reformer Dorothea Dix wrote a scathing report Massachusetts legislature. Dix argued that the many insane people in Massachusset almshouses did not belong there; they should be placed in more humane institution them. Massachusetts and other states responded. Dix's campaign led to the constru new mental institutions. Forty years after she started her campaign, the 1880 Unite said 99% of the nation's 'insane persons' lived at home or in asylums. Only a few hu That has changed. Last year the U.S. Justice Department said 280,000 people with s illnesses were in jail or prison—more than four times the number in state mental ho RadioWorks Correspondent John Biewen explores why.

| **Asian Community Mental Health Services (ACMHS)** | http://www.acmhs.org/frame |
|---|---|

ACMHS' experienced professional staff provides wrap-around services tailored specii the East Bay communtiy in twelve languages and dialects:  Cambodian, Cantonese, Khmuu, Korean, Laotian, Mandarin, Mien, Tagalog, Toysan, and Vietnamese.  ACMH competent delivery system of specialized services include Behavioral Health Care,  E Disabilities, and Family Support Services.

| **Assertive Community Treatment (ACT)** | http://www.nami.org/Templa |
|---|---|
| | Section=ACT-TA_Center |

ACT is a service-delivery model that provides comprehensive, locally based treatme serious and persistent mental illnesses.

**Bazelon Center**                                    http://www.bazelon.org

The Judge David L. Bazelon Center for Mental Health Law is a nonprofit legal advoca
based in Washington D.C. Known until 1993 as the Mental Health Law Project, our n
the federal appeals court judge whose landmark decisions pioneered the field of me
Our advocacy is based on the principle that every individual is entitled to choice and
people with mental disabilities, this means something as basic as having a decent pl
supportive services and equality of opportunity.

**California Council of Community Mental Health**    http://www.cccmha.org/
**Agencies**

The California Council of Community Mental Health Agencies (CCCMHA) promotes cc
responsive, and integrated service systems by enhancing the ability of nonprofit me
provide mental health services that empower the people we serve to lead full and pr

**California Mental Health Directors Association**    http://www.cmhda.org/

CMHDA provides assistance, information, training, and advocacy to the public menta
that are its members. The following sections provide more information about our org

**Center on Budget and Policy Priorities**            http://www.cbpp.org

The Center on Budget and Policy Priorities is a national policy organization working a
state levels on fiscal policy and public programs that affect low- and moderate-incor
individuals.

**Child and Adolescent Bipolar Foundation (CABF)**  http://www.bpkids.org/

The Child and Adolescent Bipolar Foundation (CABF) is a parent-led, not-for-profit, v
membership organization of families raising children diagnosed with, or at risk for,
disorder.CABF was founded by a national steering committee of concerned parents a
an Internet support group. Our on-line community includes parents, researchers, m
neuroscientists, social workers, therapists, civic leaders, teachers, and others. Our F
Advisory Council includes leading experts on bipolar disorder.

**Children and Adults with Attention-**              http://www.chadd.org
**Deficit/Hyperactivity Disorder**

Children and Adults with Attention-Deficit/Hyperactivity Disorder (CHADD) is a natio
organization founded in 1987 in response to the frustration and sense of isolation ex
parents and their children with AD/HD.

**Chinese-American Mental Health Network**           http://www.asianmentalhealt
**Directory**

The Chinese-American Mental Health Network is undertaking a project to help the A
communities of the Bay Area gain access to the culturally and linguistically compete
services they need. The network is currently developing an online and printed multi-
agencies, hospitals, and private-practice professionals who provide services to the A
populations in the Bay Area.

**Disability Rights Advocates**                       http://www.dralegal.org/

Founded in 1993, Disability Rights Advocates is a national and international non-pro
dedicated to protecting and advancing the civil rights of people with disabilities. Ope
established for people with disabilities, DRA pursues its mission through research, e
advocacy. DRA's mission is to ensure dignity, equality, and opportunity for people w
disabilities throughout the United States and worldwide.

**Galen Institute**                                   http://www.galen.org

Providing useful facts and information that dispel many of the myths about America
Industry, this website substantiates their information from well-respected sources.
those who take medications regularly.

**Guidestar - The National Database of Non-Profit**  http://www.guidestar.com/in
**Organizations**

The GuideStar Web site is produced by Philanthropic Research, Inc., a 501(c)(3) pul in 1994. GuideStar's mission is to revolutionize philanthropy and nonprofit practice

**Hawkins Center for Law and Services for People** http://www.hawkinscenter.oi **with Disabilities**

The Hawkins Center works to improve the health and financial stability of people wit partnership with service organizations, The Hawkins Center provides high quality leç educational services, and advocates for changes in policy. In all its programs, the aç dignity, respect, and fairness for people with disabilities.

**Internet Mental Health**                          http://www.mentalhealth.cor

Internet Mental Health is a free encyclopedia of mental health information created b psychiatrist, Dr. Phillip Long.

**Medscape Management of Serious Mental Illness** http://www.medscape.com/p **Resource Center**                                  -mentalillness.ov

According to the World Health Organization, 4 of the 10 leading causes of disability States and other developed countries are mental disorders, including major depress disorder, and schizophrenia. Approximately 23% of American adults each year have mental disorder and as many as 5.4% of American adults have a serious mental illn Resource Center, Medscape's editors have collected the latest news and information and treatment of persons with serious mental disorders. (Requires Free Registration

**Mental Health Association in California**          http://www.mhac.org/

A program assuring that everyone who needs mental health care has access to the ; care.  This site offers links to referrals, legislation affecting mental health, and infor

**Mental Health Links**                             http://www.mentalhealth.orç

The Center for Mental Health Services has organized alphabetically, this Web resour listing of more than 50 subject areas related to mental health leading to in-depth re

**Mental Help Net**                                 http://www.mentalhelp.net

In September 1995 CMHC Systems chief John Paton decided to develop a web site c mental health as a free service to the worldwide mental health community of profes laypeople.

**Mental Illness and Homelessness**                 http://www.nationalhomeles:

This site from the National Coalition for the Homeless focuses on their Fact Sheet #! National Coalition for the Homeless, April 1999.  Approximately 20-25% of the singl population suffers from some form of severe and persistent mental illness (Koegel e

**NAMI National**                                   http://www.nami.org

The National Alliance for the Mentally Ill (NAMI) is a nonprofit, grassroots, self-help, advocacy organization of consumers, families, and friends of people with severe mei as schizophrenia, major depression, bipolar disorder, obsessive-compulsive disorder disorders. NAMI is dedicated to the eradication of mental illnesses and to the impro\ quality of life of all whose lives are affected by these diseases.

**NAMI National Key Bills in Congress**             http://www.nami.org/update

The NAMI National Key Bills web site is a listing of active bills of mental health issue have been passed by Congress.

**NAMI National Legal Center**                      http://www.nami.org/legal

The NAMI Legal Center advocates for the rights of individuals with severe mental illr Center works both independently and collaborates with private attorneys, legal serv mental health and consumer advocacy organizations on projects of mutual interest.

**NARSAD Artworks**                                 http://www.narsadartworks.(

The NARSAD Artworks products showcase museum-quality art by talented artists wl have shared the common bond of mental illness. NARSAD Artworks is an all volunte nonprofit corporation. All proceeds flow to causes supporting the mentally ill, especi research.

---

**National Association of Anorexia Nervosa and Associated Disorders**    http://www.anad.org/

ANAD serves the nation, and increasingly the world, as an Association concerned wit programs for the entire eating disorders field. Twenty-three years after its inception ANAD leads the fight in the battle against deadly disorders with a multi-faceted prog

---

**National Information Center for Children and Youth with Disabilities**    http://www.nichcy.org

NICHCY is the national information center that provides information on disabilities a related issues. Anyone can use our services—families, educators, administrators, jol Our special focus is children and youth (birth to age 22).

---

**National Mental Health Association**    http://www.nmha.org

The National Mental Health Association (NMHA) is the country's oldest and largest n organization addressing all aspects of mental health and mental illness. With more t nationwide. NMHA works to improve the mental health of all Americans, especially t individuals with mental disorders, through advocacy, education, research and servic local affiliates is located here: http://www.nmha.org/affiliates/directory/

---

**National Resource Center on AD/HD**    http://www.help4adhd.org/

The National Resource Center on AD/HD: A Program of CHADD has been established the U.S. Centers for Disease Control and Prevention (CDC) to be a national clearingl information and resources concerning this important public health concern. Attentic deficit/hyperactivity disorder (AD/HD) is a neurobehavioral disorder that impairs the millions of American children and adults each and every day.

---

**People With Disabilities Foundation**    http://www.pwdf.org/

The mission of the People With Disabilities Foundation (PWDF) is to provide educati for persons with physical and/or psychiatric impairments so that they can achieve el in all aspects of life. There is an emphasis on psychiatric disabilities.

---

**Planned Lifetime Assistance Network**    http://www.nami.org/Conten

PLAN programs were developed to meet the needs of families who are actively plani of an adult child with a disability. Serving adults with mental illness primarily, but of disabilities, throughout the entire state. Providing customized services designed to f parent previously undertook while improving the quality of life of their relative. Add advocacy arm "in-the-here-and-now" that bridges the gaps between what the systei what is really needed for sustained recovery. PLAN California can be contacted at PL 17602 Seventeenth St., #102-240, Tustin, CA 92780, 714-997-3310, FAX 714-771- 888-574-1258, Email  PLANofCalif@aol.com.

---

**Protection and Advocacy, Inc., (PAI)**    http://www.pai-ca.org

PAI works in partnership with persons with disabilities — to protect, advocate for, an human, legal, and service rights. We strive toward a society that values all people a rights to dignity, freedom, choice, and quality of life.

---

**Read the Signs**    http://www.readthesigns.org

Read the Signs is an England-based initiative to help young people open their minds health, and find out how to take care of themselves and their friends.

---

**Right To Know**    http://www.rtk.org

Citizens for the Right to Know is a network of approximately 80 consumer and speci organizations representing hundreds of thousands of patients across the country. Me common need – access to quality information on health care plans in order to make consumer choices. The objective is to pursue basic consumer fairness in health care

insurers, health service organizations and HMOs to provide patients with necessary
coverage principles, benefits and any exclusions or restrictions.

**Schizophrenia.com**                              http://www.schizophrenia.co
This is the goal of this web site - to provide all the valuable and accurate informatio
schizophrenia. Obviously this will be an on-going effort that demands a lot more res
currently have - but it is a something we can work towards for a long time.

**Screening for Mental Health, Inc.**              http://www.mentalhealthscre
(formerly the **National Mental Illness Screening Project**) is a nonprofit organiza
coordinate nationwide mental health screening programs and to ensure cooperation,
and accountability in mental illness screenings.

**Self-Injury Self-Help Group**                    http://www.namicontracosta
For self-injury sufferers to talk about ways to change these behaviors and resolve th
on by trauma. Call Veronica at (925) 676-5313 9am - 9pm.
Self-Injury Self-help Group
2751 Monument Blvd., Ste. 200
Concord, CA  94520-3070

**SPAN-California**                                 http://www.span-california.o
SPAN-California is a nonprofit organization of concerned citizens and professionals d
prevention of suicide through statewide and community partnerships.

**TARA - Treatment and Research Advancements**    http://tara4bpd.org
**Association For Personality Disorder**
BPD is a severe and chronic mental illness affecting 2-3% of the population, 11% of
and 20% of inpatients. One in ten people with the disorder commits suicide, usually
rather than chronic depression. BPD worsens the outcome and complicates the treat
occurring disorder such as Bipolar Disorder, Substance Abuse or Eating Disorders.

**The Depression and Bipolar Support Alliance**    http://www.dbsalliance.org/
The Depression and Bipolar Support Alliance (DBSA) is the nation's largest patient-c
specific organization. DBSA is governed by a 15-member Board of Directors; our by
least 51% of board members be diagnosed with depression or manic depression. In
and based in Chicago, Illinois, we represent the voices of more than 20 million Amer
with depression and the additional 2.5 million adults living with manic depression, a
bipolar disorder.

**Treatment Advocacy Center**                      http://www.psychlaws.org
The Treatment Advocacy Center is a nonprofit organization working to eliminate bar
of severe mental illness.

**UCLA Center for Mental Health in Schools**       http://smhp.psych.ucla.edu/l
The University of California Los Angeles Center for Mental Health in Schools is a com
website to help both parents and educators learn about mental health in the school-
The site features free downloadable materials to use in the classroom to help educat
mental health issues and to give them tools to learn to deal with mental illness in th
themselves, classmates, or family members. Positive self-esteem and anti-stigma ai
themes throughout their curricula.

**United Advocates for Children of California**    http://www.uacc4families.org
**(UACC)**
The United Advocates for Children of California (UACC) is a nonprofit advocacy orga
on behalf of children and youth with serious emotional disturbances and their famili
organization, the majority of our board and staff are parents of youth who have rec
mental health.TheWeb site is designed to provide education, information, and suppc
children and youth with emotional disturbances.

Home  |  NAMI National  |  Terms of Use  |  Back to Top
Copyright 2002 NAMI California

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
2ND FLOOR HON. JUAN. A. SABLAN MEMORIAL BLDG., CAPITOL HILL
CALLER BOX 10007, SAIPAN, MP 96950
TELEPHONE: (670) 664-2341
TELECOPIER: (670) 664-2349
DIRECT LINE: 670/ 236-8670
DIRECT FAX: 234-8930

**OFFICE OF THE ATTORNEY GENERAL
CIVIL DIVISION**

November 19, 2004

David Banes
O'Connor Berman Dotts & Banes
Second Floor, Nauru Bldg., PO Box 501969
Saipan, MP 96950—*Via Fax  670/234-5683*

Re: California Medicaid Eligibility/Pooled Trusts, etc.—Stephen Parks

Dear David:

I have attached information on the laws relating to Medicaid eligibility, the difference between Medicare and Medicaid, the "pooled or supplemental needs trust" in California, and California attorneys who specialize in Medicaid (MediCal) eligibility.

I am also sending you pages, which list the California and federal agencies responsible for mental health and substance abuse services in California as well as watchdog and advocacy organizations.

I hope this is helpful to you.

Sincerely,

Debra Knapp
Assistant Attorney General

cc: Drs. Gutowski, Hay, Shearer, and Hofschneider



United States Department of Health and Human Services  -  Substance Abuse and Mental Health Services Adm

**SAMHSA'S**
**National Mental Health Information Center**
*Center for Mental Health*

**Home**  |  **Programs**  |  **Mental Health Topics**  |  **Newsroom**  |  **Publications**  |  **R**

**SEARCH**

This Site

Search

**IN THIS SECTION**

- Online Publications
- Order Publications
- National Library of Medicine
- National Academies Press
- Publications Homepage

**PAGE OPTIONS**

- printer friendly page
- e-mail this page
- bookmark this page
- shopping cart
- current or new account

# California Resources

## State Mental Health Agency
For more information about admission, care, treatment, release, and p
follow-up in public or private psychiatric residential facilities, contact y
mental health agency:

Steve W. Mayberg, Ph.D., Director
Department of Mental Health
Health and Welfare Agency
1600 Ninth Street, Room 151
Sacramento, CA 95814
Phone: 916-654-3565
Fax: 916-654-3198
Toll-free: 800-896-4042
TDD: 800-896-2512
E-mail: **dmh@dmhhq.state.ca.us**
Internet: **www.dmh.cahwnet.gov**

## State Substance Abuse Agency
Contact your State substance abuse agency for information about trea
care of substance abuse disorders:

Kathryn P. Jett, Director
Department of Alcohol and Drug Programs
1700 K Street
Sacramento, CA 95814
Phone: 916-327-3728
TDD: 916-445-1942
Toll-free: 800-879-3728
Internet: **www.adp.cahwnet.gov**

## State Protection and Advocacy Agency
Each State has a protection and advocacy agency that receives funding
Federal Center for Mental Health Services. Agencies are mandated to p
advocate for the rights of people with mental illnesses and to investiga
of abuse and neglect in facilities that care for or treat individuals with
illnesses. These facilities, which may be public or private, include hosp
nursing homes, community facilities, board and care homes, homeless
jails, and prisons. Agencies provide advocacy services or conduct inves
address issues that arise during transportation or admission to such fa
during residency in them, or within 90 days after discharge from them

Protection and Advocacy, Inc.
100 Howe Avenue, Suite 185 North

Sacramento, CA 95825
Phone: 916-488-9955
Fax: 916-488-9960
Toll-free: 800-776-5746
Internet: **www.pai-ca.org**

Oakland Office:
Phone: 510-430-8033
Fax: 510-430-8246
Toll-free: 800-776-5746

### Family Support
The Center for Mental Health Services awards grants to statewide, fam
networks to provide support and information to families of children anc
adolescents with serious emotional, behavioral, or mental disorders. Fc
information, contact:

Lois Jones, Executive Director
Parents Helping Parents - San Francisco, Inc.
4752 Mission Street, Ste. 100
San Francisco, CA 94112
Phone: 415-841-8820
Fax: 415-841-8824
E-mail: **sfphp@earthlink.net**
Internet: **www.sfphp.com**

### Centers for Medicare and Medicaid Services (CMS)
The Centers for Medicare and Medicaid Services, which are part of the
Department of Health and Human Services, investigate some complain
treatment facilities that receive Medicare and Medicaid funding. For fur
information at the national level, contact:

Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244-1850
Phone: 410-786-3000
E-mail: **webmaster@hcfa.gov**
Internet: **www.CMS.gov**

You may also share your concerns with staff at the Centers for Medicar
Medicaid Services office in your area, which is Region 9. The regional c
address and telephone number are:

San Francisco Regional Office
Centers for Medicare and Medicaid Services
75 Hawthorne Street, Fourth Floor, Room 401
San Francisco, CA 94105-3903
Phone: 415-744-3501
Fax: 415-744-3517
Internet: **www.CMS.gov**

### Advocacy Organizations
Local chapters of the National Mental Health Association have informat
community services and engage in national and State level advocacy. I

information about the association, write or call:

Mental Health Association in California
1127 11th Street
Suite 830
Sacramento, CA 95814
Phone: 916-557-1167
Fax: 916-447-2350
Internet: **www.mhac.org**

The National Alliance for the Mentally Ill maintains a helpline for inform
mental illnesses and referrals to local groups. The local self-help group
support and advocacy components and offer education and information
community services for families and individuals. For information about
Alliance's affiliates and activities in your State, contact:

NAMI California
1111 Howe Avenue, Suite 475
Sacramento, CA 95825-8541
Phone: 916-567-0163
Fax: 916-567-1757
E-mail: **grace.mcandrews@namicalifornia.org**
Internet: **www.namicalifornia.org/**

Statewide consumer organizations are run by and for consumers of me
services and promote consumer empowerment. These organizations pr
information about mental health and other support services at the Stat
are active in addressing and advocating for mental health system issue
information about consumer activities in your area, contact:

Sally Zinman, Administrator
California Network of Mental Health Clients
1722 J Street, Suite 324
Sacramento, CA 95814
Phone: 916-443-3232
Fax: 916-443-4089
Toll-free: 800-626-7447
E-mail: **main@cnmhc.com**
Internet: **www.cnmhc.com**

The National Mental Health Consumers' Self-Help Clearinghouse, funde
the Center for Mental Health Services, promotes and helps to develop
run self-help groups across the country. Technical assistance and mate
available on such topics as organizing groups, fundraising, leadership
development, incorporating, public relations, advocacy, and networking
information, contact:

The National Mental Health Consumers' Self-Help Clearinghouse
1211 Chestnut Street, Suite 1207
Philadelphia, PA 19107
Phone: 215-751-1810
Fax: 215-636-6312
Toll-free: 800-553-4KEY (539)
Internet: **www.mhselfhelp.org**

The National Empowerment Center is a Technical Assistance Center run
health consumers/survivors. The Center's mission is to carry a messag
recovery, empowerment, hope and healing to people who have been d
with mental illness. The Center provides information and referrals to
consumer/survivor resources nationwide and offers technical assistanc
individuals and groups involved in consumer empowerment activities. `
distributes recovery-related publications and sponsors education and t
activities. For information on consumer/survivor activities in your area,

The National Empowerment Center
599 Canal Street
Lawrence, MA 01840
Toll-free: 800-769-3728
Fax: 978-681-6426
(TDD): 800-TTY-POWER (7693)
Internet: **www.power2u.org**

The Consumer Organization & Networking Technical Assistance Center
funded by the Center for Mental Health Services, is a resource center f
consumers/survivors and consumer-run organizations across the Unite
Services and products include informational materials; on-site training
building curricula; electronic and other communication capabilities; net
and customized activities promoting self-help, recovery, leadership, bu
management, and empowerment. For more information contact:

Consumer Organization & Networking Technical Assistance Center (CO
P.O. Box 11000
Charleston, WV 25339
Phone: 888-825-TECH (8324)
Fax: 304-345-7303
Email: contac@contac.org
Internet: **www.contac.org**

### Other Sources of Information
There, which is generally a part of the local government, may be usefu
branches of your city or county government also may be able to help.
example, the education office might have information about help for cl
the agency for the aging might know about services for senior citizens.
addition, your family physician or area hospital may be able to make ro
legal advice, contact your local bar association. Also, your local library
telephone yellow pages may have resource lists for sources of help in y
community.

**Home  |  Contact Us  |  About Us  |  Awards  |  Privacy and Disclaimer Statement  |  Site Map**



**You are here:**   About >   Health & Fitness >   Mental Health Resources

Search _____

## Mental Health Resources
# California Mental Health Resources



From Leonard Holmes, Ph.D.,
Your Guide to Mental Health
Resources.
**FREE Newsletter. Sign Up Now!**

Advertisement



Small Busin
Plan. FREE
U.S. and Ca
a FREE fax

V
The Broad

### State Mental Health Agency
For more information about admission, care, treatment, release, and patient follow-up in public or private psychiatric residential facilities, contact your State mental health agency:

Department of Mental Health
Health and Welfare Agency
1600 Ninth Street, Room 150
Sacramento, CA 95814
Phone: 916-654-2309
Fax: 916-654-3198
E-mail: webmaster@dmhhq.state.ca.us
Internet: www.dmh.cahwnet.gov

### State Protection and Advocacy Agency
Each State has a protection and advocacy agency that receives funding from the Federal Center for Mental Health Services. Agencies are mandated to protect and advocate for the rights of people with mental illnesses and to investigate reports of abuse and neglect in facilities that care for or treat individuals with mental illnesses. These facilities, which may be public or private, include hospitals, nursing homes, community facilities, board and care homes, homeless shelters, jails, and prisons. Agencies provide advocacy services or conduct investigations to address issues that arise during transportation or admission to such facilities, during residency in them, or within 90 days after discharge from them. Contact:

Protection and Advocacy, Inc.
100 Howe Avenue, Suite 185 North
Sacramento, CA 95825
Phone: 916-488-9955/0
Fax: 916-488-2635 or 916-488-9962 (Catherine Blakemore)
E-mail: legalmail@pai-ca.org
Internet: www.pai-ca.org

Oakland Office:
Phone: 510-839-0811
Fax: 510-839-5780
Toll free: 800-776-5746

### Family Support
The Center for Mental Health Services awards grants to statewide, family-run networks to provide support and information to families of children and adolescents with serious emotional, behavioral, or mental disorders. For more information, contact:

Parents Helping Parents - San Francisco, Inc.

### About
Home

Essentials
  Psych Medications
  It's That Time - Seasonal Depression
  Mental Health Basics
  State Resource Guides
  Mental Health Bookstore

Mental Health Offers
  Buspar
  Paxil Side Effects
  Depression Anxiety
  Medication
  Prozac Side Effects
  Anxiety Depression
  What are offers?

Articles & Resources
  Mental Disorders
  Medications
  Talk Therapies
  Finding Help
  Being Mentally Healthy
  Age-specific Resources
  Mind and Body
  Cyber Mental Health
  Mental Health and Systems
  Gender and Culture
  Books
  Legal and Ethical Issues
  For Professionals
  For Students

Buyer's Guide
  Before You Buy
  Top Picks
    Top Self-Help Books
    Top Books for Students & Professionals
    Books for a Wide Audience
  Product Reviews

Articles

Forums



Sta

Em

Pri

Mo
Video
Psyc
Introc
Antip:
Seas
MAO
Antip:

Wh
Study
Schiz
Biolo;
Mem
Psyc
Antia
elderl
Psyc
Index

1 2   **Free Newsletter** Enter email...

Help


Dial-Up, High Speed &
Wireless Internet
access for all your
needs!
Learn More

High Speed


Save lots of
money on your
phone service

Learn More
Sign Up Now

**FREE Newsletter**
**Sign Up Now** for the Mental
Health Resources newsletter!

Enter email address

↪ Sign Up

Featured Content:
- How Can Other People
  Help?
- What is the Outlook?
- Schizophrenia may be
  Different Disorders
  See all articles

Do you lose days
to PMS?
brought to you by Zoloft

Maybe it's not PMS - your
severe monthly symptoms
could be PMDD.



Learn about a new
treatment for PMDD at
zoloftforpmdd.about.com

594 Monterey Boulevard
San Francisco, CA 94127
Phone: 415-841-8820
Fax: 415-841-8824

**Centers for Medicare & Medicaid Services**
The Centers for Medicare & Medicaid Services, which is part of the Department of Health and H
investigates some complaints about treatment facilities that receive Medicare and Medicaid fun
information at the national level, contact:

Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244-1850
Phone: 410-786-3000
Internet: cms.hhs.gov/medicare

You may also share your concerns with staff at the Centers for Medicare & Medicaid Services c
which is Region 9. The regional office address and telephone number are:

San Francisco Regional Office
Centers for Medicare & Medicaid Services
75 Hawthorne Street, Fourth Floor, Room 401
San Francisco, CA 94105-3903
Phone: 415-744-3502
Fax: 415-744-3517
Internet: cms.hhs.gov/medicare

**Advocacy Organizations**
The National Mental Health Association maintains a referral and information center and can hel
chapters. These local groups have information about community services and engage in nation
advocacy. For more information about the association, write or call:

National Mental Health Association Information Center
1021 Prince Street
Alexandria, VA 22314-2971
Phone: 703-684-7722
Fax: 703-684-5968
Toll-free: 800-969-6642
TTY: 800-433-5959
E-mail: infoctr@nmha.org
Internet: www.nmha.org

Back to the Index of State Mental Health Resources

1    2    Next

Important disclaimer information about this About site.

**Related Articles**
Florida Mental Health Resources
Minnesota Mental Health Resources
Illinois Mental Health Resources
California Mental Health Resources
Washington State Mental Health Resources



📧 email to a friend  🔤🔤 font size

Our Story | Be a Guide | Advertising Info | Investor Relations | Work at About | Site Map | Icons | Help

©2004 About, Inc. All rights reserved. A PRIMEDIA Company.
User Agreement | Privacy Policy | Kids' Privacy Policy

**ALASKA:**

Foundation of The Arc of Anchorage, 2211 Arca Dr., Anchorage, AK 99508, (907) 277-6677, psaunders@arc-anchorage.org, www.arc-anchorage.org.

**CALIFORNIA:**

Special Needs Trust Foundation, 9575 Aero Drive, San Diego, CA 92123, (858) 715-3780. PLAN of California, 1336 Wilshire Blvd., 2nd Floor (LA MHA), Los Angeles, CA 90017, (213) 413-1130.

*Pooled Trust*

**COLORADO:**

The Colorado Fund for People with Disabilities, One Broadway, Suite A-330, Denver, CO 80203, (303) 733-2867.

DELAWARE

Delaware CarePlan, Inc., 1016 Center Road, Suite One, Wilmington, DL 19805-1234, (302) 633-4000, decareplan@aol.com.

**FLORIDA:**

Advocate Trust, Inc., 1501 N. Belcher Rd., Suite 219, Clearwater, FL 33765, (727) 791-3972, Atrustinc@aol.com.

The Florida Pooled Trust, 2600 First Avenue North, St. Petersburg, FL 33713 (877) 766-5331, www.firstpooledtrust.org.

PLAN of Florida, 4605 Community Drive, West Palm Beach, FL 33417 (561) 684-1991.

**ILLINOIS:**

Life Plan, Inc., 2801 Finley Road, Downers Grove, IL 60515, (630) 628-7168.

**INDIANA:**

The Arc of Indiana Master Trust, The Arc of Indiana, P. O. Box 80033, Indianapolis, IN 46280-0033, (317) 259-7603.

**KANSAS:**

ARCare - Master Trust I & II and Guardianship, 8001 Conser, Overland Park, KS 66204, (913) 648-0233.

**MASSACHUSETTS**

**Berkshire County Arc Pooled Trust, P.O. Box 2, Pittsfield, MA 01202, (413) 499-4241 x 266, bgray@bcarc.org**

The CJP Disabilities Trust, Jewish Family & Children's Service of Greater Boston, 1340 Centre Street, Newton, MA 02159, (617) 558-1278.

MARC Trust, Inc., 217 South St., Waltham, MA 02453, (781) 642-1285.

**MICHIGAN:**

Pooled Sub-Account Trust, The Arc of Midland, 220 West Main Street, Midland, MI 48640 (989) 631-4439.

14

**medicaidlawfirms.com**

Legal help to protect your assets from
nursing home expenses

**HOME | ABOUT**

**INFO:** **ALZHEIMER'S** | **DOMESTIC PARTNERS** | **ELDER LAW** | **ESTATE PLANNING** | **MEDICAID** | **MEDI-CAL** |
**NURSING HOMES**

Medicaid Lawyer
Alliance

### Medicaid Attorney Listings - BY STATE

[ CA ▾ ]  [ Search ]

Medicaid Info

Eligibility

Resource Limits

Transfer of
Assets

Treatments of
Trusts

Medicaid
**ATTORNEYS**

## CA

| Firm Name | Location | County |
|---|---|---|
| Law Offices Of Osofsky & Osofsky | Hayward, CA 94541 | Alameda |
| The Dale Law Firm | Walnut Creek, CA 94596 | Contra |
| Zimring, Stuart D | N. Hollywood, CA 91607 | Los Angeles |
| Dennis M. Sandoval, A Professional Law Corporation | Norco, CA 92860 | Riverside |
| Vaughan De Kirby | San Francisco, CA 94118 | San Francisco |
| Law Offices of Helene V. Wenzel | San Francisco, CA 94109 | San Francisco |
| The Law Offices of Geraldine E. Champion | San Luis Obispo, CA 93401 | San Louis |
| Law Office of Dallas Leigh Atkins | Santa Barbara, CA 93101 | Santa Barbara |

# Medicare & Medicaid: What's the Difference?

**Q:** I hear people talk about Medicare and Medicaid. Are these different programs?

**A:** Congress created both Medicare and Medicaid in 1965. The programs have different eligibility requirements and different benefits. Many people confuse Medicare with Medicaid because the names sound alike and the programs are available to some of the same groups of people.

**Q:** How does eligibility for two programs differ?

**A:** Both Medicare and Medicaid are directed to those age 65 or older and many younger people with disabilities. Medicare is available regardless of income and resources. Medicaid eligibility is available only to individuals who meet certain income and resource limits. Medicaid has many different programs. Each has its own income and resource limits. A Medicare beneficiary with limited income and resources may also be eligible for Medicaid assistance.

[ Close this window ]

Print This Page

**medicaidlawfirms.com**

Legal help to protect your assets from
nursing home expenses

**HOME | ABOUT**

**INFO: ALZHEIMER'S | DOMESTIC PARTNERS | ELDER LAW | ESTATE PLANNING | MEDICAID | MEDI-CAL | NURSING HOMES**

Medicaid Lawyer
Alliance

# Treatments of Trusts

(Source: Centers for Medicare & Medicaid Services (CMS))

**Medicaid Info**

**Eligibility**

**Resource Limits**

**Transfer of Assets**

**Treatments of Trusts**

**Medicaid ATTORNEYS**

(Section 1917(d) of the Social Security Act; U.S. Code Reference 42 U.S.C.1396p(d))

Where an individual, his or her spouse, or anyone acting on the individual's behalf, establishes a trust using at least some of the individual's funds, that trust can be considered available to the individual for purposes of determining eligibility for Medicaid.

In determining whether the trust is available, no consideration is given to the purpose of the trust, the trustee's discretion in administering the trust, use restrictions in the trust, exculpatory clauses, or restrictions on distributions.

How a trust is treated depends to some extent on what type of trust it is; for example, whether it is revocable or irrevocable, and what specific requirements and conditions the trust contains. In general, however, payments actually made to or for the benefit of the individual are treated as income to the individual. Amounts that could be paid to or for the benefit of the individual, but are not, are treated as available resources. Amounts that could be paid to or for the benefit of the individual, but are paid to someone else, are treated as transfers of assets for less than fair market value. Amounts that cannot, in any way, be paid to or for the benefit ofthe individual are also treated as transfers of assets for less than fair market value.

Certain trusts are not counted as being available to the individual. They are:

Trusts established by a parent, grandparent, guardian, or court for the benefit of an individual who is disabled and under the age of 65, using the individual's own funds.

Trusts established by a disabled individual, parent, grandparent, guardian,or court for the disabled individual, using the individual's own funds, where the trust is made up of pooled funds and managed by a non-profit organization for the sole benefit of each individual included in the trust.

Trusts composed only of pension, Social Security, and other