Clerk
District Court

AUG - 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DAVID G. BANES, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Steven Parks

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

STEVEN PARKS,                                    ) CIVIL CASE NO. 04-0013
                                                 )
        Plaintiff,                               )
                                                 )
   vs.                                           ) PROOF OF SERVICE
                                                 )
                                                 )
EDWARD CAMACHO, in his official and              )
personal capacity; DEPARTMENT OF                 )
PUBLIC SAFETY, ELIAS SARALU and                  )
DOES 1-10,                                       )
                                                 )
        Defendants.                              )

The undersigned does hereby certify that a copy of **PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR ATTORNEY FEES** and **DECLARATION OF DAVID G. BANES IN SUPPORT OF MOTION FOR FEES** was served as follows:

By hand delivery on August 1, 2005 upon:

Bernie Dela Cruz of the
Attorney General's Office
Capitol Hill, Saipan, CNMI

Dated this 2nd day of August, 2005.

_____
Alexander L. Lopez

1

3083-01-050802-PL-ProofSvc-rcr