DAVID G. BANES, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Steven Parks

FILED
Clerk
District Court

AUG 11 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| STEVEN PARKS, ) | CIVIL CASE NO. 04-0013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | PROOF OF SERVICE |
| ) | |
| EDWARD CAMACHO, in his official and ) | |
| personal capacity; DEPARTMENT OF ) | |
| PUBLIC SAFETY, ELIAS SARALU and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

The undersigned does hereby certify that a copy of **STIPULATION AND ORDER** was served as follows:

By hand delivery on July 15, 2005 upon:

Bernie Dela Cruz of the
Attorney General's Office
Capitol Hill, Saipan, CNMI

Dated this _11th_ day of August, 2005.

_____
Rosemarie G. Agulto

1
3083-01-050718-PL-ProofSvc-rcr