F I L E D
Clerk
District Court

SEP 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CV-04-0013                                       September 1, 2005
                                                 9:15 a.m.

### STEVEN PARKS -v- EDWARD CAMACHO, ET AL.

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Clerk of Court
            David Banes, Attorney for Plaintiff


PROCEEDINGS:   MOTION FOR ATTORNEY'S FEES

　　Attorney David Banes appeared on behalf of Plaintiff. No one appeared on behalf of Defendant.

　　Court granted the motion as prayed for and stated that a written decision would be forthcoming.


                           Adjourned 9:20 a.m.

                           _____
                           K. Lynn Lemieux, Courtroom Deputy