FILED
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

SEP 01 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-04-0013

September 1, 2005
9:15 a.m.

## STEVEN PARKS -v- EDWARD CAMACHO, ET AL.

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Clerk of Court
                David Banes, Attorney for Plaintiff

PROCEEDINGS:    MOTION FOR ATTORNEY'S FEES

    Attorney David Banes appeared on behalf of Plaintiff. No one appeared on behalf of Defendant.

    Court granted the motion as prayed for and stated that a written decision would be forthcoming.

Adjourned 9:20 a.m.

K. Lynn Lemieux, Courtroom Deputy