David Lochabay
Office of the Attorney General
2d. Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007, CHRB
Saipan, MP 96950
Tel: (670) 664-2341
Fax: (670) 664-2349
attorneygeneral@saipan.com

Attorneys for Defendants

FILED
Clerk
District Court

OCT 12 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| STEVEN PARKS, | CIVIL ACTION NO. 04-0013 |
| Plaintiff, | |
| VS. | REPRESENTATION STATEMENT |
| EDWARD CAMACHO, in his official and personal capacities; DEPARTMENT OF PUBLIC SAFETY, ELIAS SARALU, and DOES 1-10, | |
| Defendants. | |

Pursuant to F.R.A.P. 12(b), and Circuit Rule 3-2, Appellants file this Representation Statement together with their Notice of Appeal.

1) Appellants:

   Edward Camacho
   Saipan, MP 96950

   Department of Public Safety (CNMI)
   Saipan, MP 96950

   Elias Saralu
   Saipan, MP 96950

   All of the appellants are represented by:

   David Lochabay
   Assistant Attorney General
   Office of the Attorney General
   Attorneys for Appellants
   Caller Box 10007 CHRB
   Saipan, MP 96950
   Phone: 671-664-2331 (desk), 671-664-2341 (office)
   Fax: 671-664-2349
   e-mail: lochabay@justice.com

Respectfully submitted.

David Lochabay
Asst. Attorney General
Office of the Attorney General
Commonwealth of the Northern Mariana Islands
Attorneys for Appellants

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following papers filed with the Clerk of the U.S.D.C. for the Northern Mariana Islands, Civil Action No. 04-0013, have been hand delivered to the offices of Mr. David Banes, Esq., O'Connor Berman Dotts & Banes, attorneys for Plaintiff, at 2nd Floor, Nauru Bldg., P. O. Box 501969, Susupe, Saipan, MP 96950, this 12th day of October, 2005.

1. Notice of Appeal;

2. United States Court of Appeals for the Ninth Circuit Civil Appeals Docketing Statement; and

3. Representation Statement

David Lochabay