1  David Lochabay
   Office of the Attorney General
2  2d. Floor, Juan A. Sablan Memorial Bldg.
   Caller Box 10007, CHRB
3  Saipan, MP 96950
   Tel: (670) 664-2341
4  Fax: (670) 664-2349
   attorneygeneral@saipan.com
5
   Attorneys for Defendants
6
                    IN THE UNITED STATES DISTRICT COURT
7                    FOR THE NORTHERN MARIANA ISLANDS

8  STEVEN PARKS,                         ) CIVIL ACTION NO. 04-0013
                                         )
9          Plaintiff,                    )
                                         )
10 VS.                                   )
                                         ) DESIGNATION OF THE RECORD
11 EDWARD CAMACHO, in his official and   )
   personal capacities; DEPARTMENT OF    )
12 PUBLIC SAFETY, ELIAS SARALU,          )
   and DOES 1-10,                        )
13                                       )
           Defendants.                   )
14 _____)

15         COMES NOW ALL DEFENDANTS/APPELLANTS, who would now designate the following

16 items for inclusion in the record on appeal in this cause:

17     1. Docket Sheet.

18     2. Complaint. Filed 5/17/04.

19     3. Answer of Defendant Edward Camacho. Filed 6/9/04.

20     4. Answer of Defendant Department of Public Safety. Filed 6/9/04.

21     5. First Amended Complaint. Filed 8/30/04.

22     6. Stipulation and Order of Dismissal. Filed 2/2/05.

23     7. Motion for Attorney Fees. Filed 5/19/05.

24     8. Declaration of David G. Banes. Filed 5/19/05.

25     9. Opposition to Plaintiff's Motion for Attorney Fees. Filed 6/30/05.

26     10. Reply to Defendants' Opposition to Plaintiff's Motion for Attorney Fees. Filed 8/1/05.

27     11. Declaration of David G. Banes in support of Motion for Fees. Filed 8/1/05.

28     12. Notice of Order Granting Motion for Attorney's Fees and Certain Costs. Filed 9/1/05.

13. Motion for Reconsideration and/or to Alter or Amend Judgment w Declaration of David Lochabay. Filed 9/12/05.

14. Order Denying Motion for Reconsideration and/or to Alter or Amend Award of Attorney Fees. Filed 9/13/05.

15. Notice of Appeal of All Defendants. Filed 10/12/05.

16. Representation Statement. Filed 10/12/05.

17. Transcript of Proceedings held on 9/1/05. Filed 10/12/05.

Dated this 21st day of October, 2005.

Respectfully submitted,

*[signature]*
David Lochabay
Asst. Attorney General
Office of the Attorney General
Attorneys for Defendants/Appellants

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been hand delivered to the offices of Mr. David Banes, Esq., O'Connor Berman Dotts & Banes, attorneys for Plaintiff, at 2nd Floor, Nauru Bldg., P. O. Box 501969, Susupe, Saipan, MP 96950, this 21st day of October, 2005.

*[signature]*
David Lochabay

2