UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC - 8 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN PARKS, | No. 05-16995 |
| Plaintiff - Appellee, | D.C. No. CV-04-00013-ARM<br>District of the Northern Mariana Islands |
| v. | |
| CNMI DEPARTMENT OF PUBLIC SAFETY; et al., | ORDER |
| Defendants - Appellants. | |

FILED
Clerk
District Court
DEC 15 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

The court will initiate a further assessment conference by telephone on December 21, 2005, at 4:00 p.m. **PACIFIC (San Francisco) Time**.

The briefing schedule previously set by the court is amended as follows: appellants shall file an opening brief on or before January 30, 2006; appellee shall file an answering brief on or before March 2, 2006; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

*Stephen Liacouras*
Stephen Liacouras
Circuit Mediator