UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 15 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN PARKS,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>CNMI DEPARTMENT OF PUBLIC SAFETY; et al.,<br><br>   Defendants - Appellants. | No. 05-16995<br><br>D.C. No. CV-04-00013-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court
FEB 21 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Stephen Liacouras* (signature)

Stephen Liacouras
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 15 2006

by: _____
    Deputy Clerk